# NO. 12-20-00248-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *THOMAS LYTLE AND ELLEN LYTLE,* *APPELLANTS* | § | *APPEAL FROM THE 294TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *HELMUTH K. GUTZKE AND* *ZACKIANN GUTZKE,* *APPELLEES* | § | *VAN ZANDT COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellants, Thomas Lytle and Ellen Lytle, filed a motion to dismiss this appeal. The motion states that the parties reached an agreement and resolved their claims, including an agreement to dismiss the appeal. No decision has been delivered in this appeal. Accordingly, Appellants' motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1). All costs are taxed against the party incurring same.

Opinion delivered November 30, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 30, 2020**

**NO. 12-20-00248-CV**

**THOMAS LYTLE AND ELLEN LYTLE,**
Appellants
V.
**HELMUTH K. GUTZKE AND ZACKIANN GUTZKE,**
Appellees

Appeal from the 294th District Court
of Van Zandt County, Texas (Tr.Ct.No. 20-00131)

THIS CAUSE came on to be heard on the motion of the Appellants to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. All costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*